STATE OF CONNECTICUT *v.* WILBUR G. SMITH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joel M. Ellis,* in support of the petition.

*Cornelius J. Shea,* prosecuting attorney, in opposition.

Submitted January 23—decided February 18, 1970